UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BYRON L PETERS, | | |
| | Plaintiff, | Case No. C20-1422 MJP |
| v. | | ORDER |
| WILLIAM HANES MONROE JR, et al., | | |
| | Defendants. | |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 29th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1