|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |
| BYRON L PETERS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM HANES MONROE JR, KIP ANDREW HARBISON, MARK CHRISTIAN GRECO, THE LAW OFFICE OF GLASSER AND GLASSER PLC,<br><br>　　　　　　　　　　Defendants. | CASE NO. C20-1422 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has filed two requests for an extension of the Joint Status Report deadline. (Dkt. Nos. 12 and 14.) The Court GRANTS these requests and provides the Parties an additional thirty days to comply with each deadline set out in the Order Regarding Initial Disclosures, Joint Status

MINUTE ORDER - 1

Report and Early Settlement at page 1 of that Order. No other modifications are made to that Order.

The clerk is ordered to provide copies of this order to all parties and counsel.

Filed November 17, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2