# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BYRON L PETERS, | CASE NO. C20-1422 MJP |
| Plaintiff, | ORDER DENYING MOTIONS TO APPOINT COUNSEL |
| v. | |
| WILLIAM HANES MONROE JR, KIP ANDREW HARBISON, MARK CHRISTIAN GRECO, THE LAW OFFICE OF GLASSER AND GLASSER PLC, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motions to appoint counsel. (Dkt. Nos. 8 and 13.) The Court DENIES Plaintiff's motion.

The Court has discretion to appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1), but an appointment of counsel should only be granted under "exceptional circumstances." Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). "A finding of the exceptional circumstances of the plaintiff seeking assistance requires at least an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the

plaintiff's ability to articulate his claims in light of the complexity of the legal issues involved." Id. (internal quotations omitted).

Plaintiff has not demonstrated the merits of his claims in his motions for appointment of counsel, and the Court is unable to find sufficient merit on the face of his complaint to warrant appointment. (See Dkt. Nos. 1, 8 and 13.) Plaintiff has not presented exceptional circumstances that would justify the appointment of counsel at this time. Plaintiff's motions to appoint counsel is DENIED.

The Court nevertheless recognizes the significant costs in retaining an attorney. While the Court declines to appoint pro bono counsel in this civil action, the Court directs Plaintiff to the Federal Bar Association's Federal Civil Rights Legal Clinic. Volunteer attorneys at the Legal Clinic may refer Plaintiff to other community resources. To schedule an appointment, Plaintiff should call (206) 819-5084. The King County Bar Association also operates neighborhood legal clinics that may be able to assist Plaintiff. To schedule an appointment, Plaintiff should call (206) 267-7070.

The clerk is ordered to provide copies of this order to all parties and counsel.

Dated November 25, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge