UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BYRON L PETERS, | CASE NO. C20-1422 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HANES MONROE JR, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiff's Motion to Amend his Complaint. (Dkt. No. 22.) Plaintiff seeks to remove the Law Offices of Glasser & Glasser P.L.C. as a defendant. Federal Rule of Civil Procedure 15(a)(1)(B) permits Plaintiff to amend his complaint once as a matter of course prior to the filing of a response to his complaint. Plaintiff filed his motion before Defendants filed their motion to dismiss. The amendment is therefore proper. The Court

MINUTE ORDER - 1

GRANTS the Motion and removes the Law Offices of Glasser & Glasser P.L.C. as a party to this action.

Further, having reviewed Defendants' Notice re: Rule 26(f) Conference and Joint Status Report (Dkt. No. 28), the Court STAYS the deadlines set in the Order Regarding Initial Disclosures and Joint Status Report, (Dkt. No. 10). The Court will reset these deadlines as appropriate after it rules on Defendants' Motion to Dismiss. (Dkt. No. 24.)

The clerk is ordered to provide copies of this order to all counsel.

Filed January 8, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2