|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| BYRON L PETERS,<br><br>                Plaintiff,<br><br>  v.<br><br>WILLIAM HANES MONROE JR, et al.,<br><br>                Defendants. | CASE NO. C20-1422 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiff's Motion for Clarification/Motion to Strike Earlier Request For Motion to Dismiss. (Dkt. No. 46.) Having reviewed the Motion, the Court GRANTS the request and STRIKES Plaintiff's Motion to Dismiss (Dkt. No. 45) as requested.

\\

\\

\\

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed March 2, 2021.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER - 2