# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BYRON L PETERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM HANES MONROE JR, et al.<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1422 MJP |

\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion to Dismiss is GRANTED and the Court DISMISSES this action without prejudice due to its lack of personal jurisdiction over any of the Defendants.

Dated March 22, 2021.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/ Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk