UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BYRON L PETERS,

           Plaintiff,

   v.

WILLIAM HANES MONROE JR, et al.,

           Defendants.

CASE NO. C20-1422 MJP

ORDER DENYING MOTION FOR RECONSIDERATION

      This matter comes before the Court on Plaintiff's Motion for Reconsideration. (Dkt. No. 52.) Having reviewed the Motion, the Court DENIES it.

      Plaintiff asks the Court to clarify its decision dismissing this action and to advise him of his rights and responsibilities to file an appeal. As to Plaintiff's first request for clarification, the Court dismissed this action based on the arguments presented in Defendants' Motion to Dismiss, not Plaintiff's. (Dkt. No. 50.) In reaching its decision, the Court considered Plaintiff's opposition. (Id.) The Order dismissed the action without prejudice and issued a judgment noting the Court's lack of personal jurisdiction over Defendants. (Dkt. Nos. 50 and 51.) As to Plaintiff's

second request for clarification regarding his rights on appeal, the Court cannot provide legal advice. But the Court directs Plaintiff to review the District's Pro Se Guide, which is available through the "Representing Yourself" tab on the Court's website, and which can be found at https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf. The Court also directs Plaintiff to information about appeals on the same website on the "Representing Yourself" page.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated April 5, 2021.

Marsha J. Pechman
United States District Judge